FILED

APR 1 4 2026

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1:26CR 0 0 18 5** |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| DEANGELO BOWMAN, | ) | Sections 2, 1028A(a)(1), 1341, |
| | ) | 1343, and 1349 |
| Defendant. | ) | **JUDGE CALABRESE** |

GENERAL ALLEGATIONS

At all times material and relevant to this Indictment:

1.     Defendant DEANGELO BOWMAN resided in Flint, Michigan.

2.     Ashley Miller (charged separately) resided in Akron, Ohio, in the Northern District of Ohio, Eastern Division.

3.     Company 1 was a customer service company headquartered in Mahwah, New Jersey, in the District of New Jersey.  Company 1 operated an online website with servers located in Mahwah, New Jersey, located in the District of New Jersey.

4.     Victim Bank 1 was a federally insured financial institution headquartered in Minneapolis, Minnesota, in the District of Minnesota.  Victim Bank 1 has branch offices located in the Northern District of Ohio.

5.     Victim Bank 1 hired Company 1 to perform various customer service duties via telephone.  Those duties included handling customer-service calls from customers with pre-paid debit cards ("ReliaCards") loaded with money from state benefit programs.

6. Miller started working for Company 1 in or around 2020 in its call center as a customer service agent. As an employee at Company 1, she had access to Victim Bank 1 customers' personal identifying information.

## COUNT 1
(Conspiracy to Commit Wire Fraud and Mail Fraud, 18 U.S.C. § 1349)

The Grand Jury charges:

7. The factual allegations contained in paragraphs 1 through 6 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

### The Conspiracy and Scheme to Defraud

8. From in or around December 2020, to in or around December 2021, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant DEANGELO BOWMAN and Ashley Miller (charged separately) and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others both known and unknown to the Grand Jury, to commit federal offenses, those being:

a. to devise, and intend to devise, a scheme and artifice to defraud Victim Bank 1, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing the scheme and artifice to defraud, to transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343 (Wire Fraud); and

b. to devise, and intend to devise, a scheme and artifice to defraud Victim Bank 1, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing the scheme and artifice to defraud, to knowingly cause any matter and thing to be delivered by the United States Postal

2

Service, and private and commercial interstate carriers, in accordance with the directions thereon, in violation of Title 18, United States Code, Section 1341 (Mail Fraud).

### The Objects and Purposes of the Conspiracy and Scheme

9.      The objects and purposes of the conspiracy and scheme were to: (a) use false and fraudulent pretenses to induce Victim Bank 1 to issue ReliaCards to the conspirators, (b) prevent detection of the conspiracy, and (c) enrich Defendant, Miller, and their designees.

### Manner and Means of the Conspiracy and Scheme

10.      It was part of the conspiracy and scheme that:

a.      Defendant and Miller improperly accessed Victim Bank 1 customers' accounts via Miller's employment with Company 1 and identified ReliaCard accounts to target.

b.      Defendant and Miller then improperly accessed the Victim Bank 1 customers' ReliaCard accounts using Company 1's online website.

c.      Defendant and Miller thereafter made and caused to be made materially false and fraudulent representations and omissions of fact for the purpose of obtaining money and property from Victim Bank 1, including:

i.      Changing the mailing address in the ReliaCard customer's account to reflect addresses connected to and associated with Defendant and Miller;

ii.      Changing the customer's personal information, such as their phone number or email address, to instead reflect Defendant's and Miller's personal information; and

iii.      Otherwise representing that they were entitled to the Victim Bank 1 customer's proceeds.

d.      Defendant and Miller caused Victim Bank 1 to send the ReliaCards through the mail using the U.S. Postal Service to Defendant and Miller.

e.  Defendant and Miller received the cards and used them for their personal use, including making fraudulent withdrawals from the debit cards using ATMs.

f.  In total, Defendant and Miller compromised approximately 299 accounts, totaling approximately $1,118,391.82.

<u>Acts in Furtherance of the Conspiracy and Scheme</u>

11.  In furtherance of the conspiracy and scheme, and to accomplish the objects and purposes and conceal the existence thereof, a member of the conspiracy committed and caused to be committed, in the Northern District of Ohio, and elsewhere, the following acts, among others:

12.  On or about December 15, 2020, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

|    | Sender | Recipient | Content |
|----|--------|-----------|---------|
| a. | Defendant | Miller | "How much da card gone have that yu gone send and is it even gone make it the others ones still haven't" |
| b. | Miller | Defendant | "Its gonna have whatever is in the account and this a different kinda sending card out im actually gonna be the person to send it out thru ups" |
| c. | Miller | Defendant | "So it'll be there in 2 days" |
| d. | Defendant | Miller | "Ok so find one and show me ! Get on it now doe" |
| e. | Miller | Defendant | "Im on it babe one will be sent by end of my shift" |
| f. | Miller | Defendant | "I need an address" |
| g. | Defendant | Miller | "**8 Inman st" |
| h. | Miller | Defendant | "Zip?" |
| i. | Defendant | Miller | "So it'll be there by Thursday ?" |
| j. | Miller | Defendant | "Yes" |
| k. | Defendant | Miller | "44306" |

13.  On or about December 15, 2020, Miller changed the address on A.Q.'s ReliaCard account to **8 Inman Street, Akron, Ohio, which was an address associated with Defendant.

14.  On or about December 15, 2020, Defendant and Miller caused Victim Bank 1 to mail A.Q.'s ReliaCard, loaded with approximately $1,935.00, to **8 Inman Street, Akron, Ohio, which was an address associated with Defendant.

4

15. On or about December 15, 2020, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

| | Sender | Recipient | Content |
|---|---|---|---|
| a. | Miller | Defendant | "I swear this probably gone be my last day working here but idc if u say u got me i believe u" |
| b. | Defendant | Miller | "Shidddd we do enough who gives a f*ck bout them" |
| c. | Defendant | Miller | "Yu just gotta strap em on and get big boy accounts so we can get it off and come down there and start some new shit up!!! We got 2 cards now so we really str8!!!!" |

16. On or about December 15, 2020, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

| | Sender | Recipient | Content |
|---|---|---|---|
| a. | Miller | Defendant | "Got one for 8 band's" |
| b. | Defendant | Miller | "Lemme see" |
| c. | Miller | Defendant | [SCREENSHOT of account information for a ReliaCard customer showing a balance of $8,465.01] |
| d. | Defendant | Miller | "It's 2 cards? Try to transfer and if that don't work send it" |
| e. | Defendant | Miller | "Now!" |
| f. | Defendant | Miller | "Plz babe" |
| g. | Miller | Defendant | "Ok baby" |

17. On or about December 17, 2020, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

| | Sender | Recipient | Content |
|---|---|---|---|
| a. | Miller | Defendant | "Im clocking in now" |
| b. | Miller | Defendant | "I think it's all bad they keep making the card IA i did the address change and everything but it went from replaced to preactive but the card with almost 2 bands will be here tomorrow for sure" |
| c. | Miller | Defendant | "The 13 bands aint going thru" |
| d. | Defendant | Miller | "Be where ?" |
| e. | Defendant | Miller | "And how yu know ?" |
| f. | Miller | Defendant | "Cause im good at my job and this one hasnt been called in about the reason the 13 bands having a hard time is cause they keep trying to call about the password but ole dude with 19 aint checked on his shit at all" |
| g. | Miller | Defendant | "And at your moms" |
| h. | Defendant | Miller | "That answer was totally not good enough just being honest [smiling face with tears of joy emoji]" |

5

18. On or about December 19, 2020, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

|  | Sender | Recipient | Content |
|---|---|---|---|
| a. | Miller | Defendant | "So what should i be doing til u get back cause u said tomorrow or monday right" |
| b. | Defendant | Miller | "Find some money!" |
| c. | Defendant | Miller | "And don't forget we gotta reset when yu log in… wyd today after work ?" |
| d. | Miller | Defendant | "That's the only reason im working to get the card to work and im going to get a new bedroom set after" |
| e. | Miller | Defendant | "So i need u to be ready i got 2 hrs to make this card work" |
| f. | Defendant | Miller | "I am ready!" |
| g. | Miller | Defendant | "Ok im finna be clocking in" |
| h. | Defendant | Miller | "Ok" |
| i. | Miller | Defendant | "Try in 20 mins" |
| j. | Defendant | Miller | "Ok" |

19. In or around December 2020, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

|  | Sender | Recipient | Content |
|---|---|---|---|
| a. | Defendant | Miller | "Working OT ?" |
| b. | Miller | Defendant | "Man listen they just blew me out im almost off the clock now but good news that card with the 15 bands screen just changed it still aint got a tracking number but the status changed from replaced to preactive" |
| c. | Miller | Defendant | "Thats a good ass thing" |
| d. | Defendant | Miller | "What's preactive" |
| e. | Miller | Defendant | "Means card been sent out just aint no damm tracking num yet" |
| f. | Defendant | Miller | "Ouuuuu so come? It's gimme be there tomorrow?" |
| g. | Miller | Defendant | "It don't say it should but it also should have been had a tracking number im thinking UPS probably backed up cause christmas in a few days." |

20. On or about December 15, 2020, Defendant and Miller caused Victim Bank 1 to mail G.S.'s ReliaCard, loaded with approximately $15,208.00, to **8 Inman Street, Akron, Ohio, which was an address associated with Defendant.

21. On or about December 28, 2020, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

6

|    | Sender | Recipient | Content |
|----|--------|-----------|---------|
| a. | Defendant | Miller | "Send another damn card!!!!!!!!" |
| b. | Miller | Defendant | "I gotta find one that aint nobody calling for" |
| c. | Miller | Defendant | "Just gotta do it right ya know" |
| d. | Defendant | Miller | [thinking face emoji] [thinking face emoji] |
| e. | Miller | Defendant | "Whats that face for? U do know i work for the government and they can see everything i do on this computer…i dont mind sending a card out but it's gotta be one that was fraud to begin with so the person can't call and dispute it or im going to jail n****" |
| f. | Miller | Defendant | "I dont think u understand the risk im taking" |
| g. | Miller | Defendant | "Im taking risk at the federal level babe so yeah i gotta pick the right cards when i come across them" |
| h. | Defendant | Miller | "Understandable" |

22.     In or around December 2020 or January 2021, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

|    | Sender | Recipient | Content |
|----|--------|-----------|---------|
| a. | Miller | Defendant | [SCREENSHOT of account information with the mailing address **8 Inman St, Akron, Ohio, 44306] |
| b. | Miller | Defendant | "I made it active bae" |
| c. | Miller | Defendant | "Shouldnt have no issues" |
| d. | Defendant | Miller | "That's for the one tomorrow right?" |
| e. | Miller | Defendant | "Yeah i was just making sure they aint block it or nothing" |
| f. | Miller | Defendant | "And they haven't" |
| g. | Defendant | Miller | "Ok" |
| h. | Miller | Defendant | "Imma make it back practive so u can make a PIN" |
| i. | Defendant | Miller | "Ok bet hopefully it comes early" |

23.     In or around December 2020 or January 2021, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

|    | Sender | Recipient | Content |
|----|--------|-----------|---------|
| a. | Miller | Defendant | "And as far as the card it only gets loaded once a month like idk if he was filing weekly or thats just how he had it set up" |
| b. | Defendant | Miller | "How mu cho a month and when is the next load ? Find sumn better ! Tonight I got faith yu can [emoji]" |
| c. | Miller | Defendant | "We can't see when next load is but the last one was on the 9th for 3 something" |

|   | Sender | Recipient | Content |
|---|--------|-----------|---------|
| d. | Defendant | Miller | "O ok" |

24. On or about January 6, 2021, Defendant and Miller caused Victim Bank 1 to mail A.T.'s ReliaCard, loaded with approximately $2,357.00, to **8 Inman Street, Akron, Ohio, which was an address associated with Defendant.

25. On or about January 11, 2021, Defendant and Miller exchanged the following messages on Facebook Messenger, each message constituting a separate act in furtherance:

|   | Sender | Recipient | Content |
|---|--------|-----------|---------|
| a. | Miller | Defendant | "U coming over here?" |
| b. | Defendant | Miller | "Yea what the card status saying ?" |
| c. | Defendant | Miller | "What day it says" |
| d. | Miller | Defendant | "Everything cool just need card delivered" |
| e. | Miller | Defendant | "It says monday my bad" |
| f. | Defendant | Miller | "Okok" |

26. On or about January 11, 2021, Defendant and Miller caused Victim Bank 1 to mail M.B.'s ReliaCard, loaded with approximately $1,294.00, to **8 Inman Street, Akron, Ohio, which was an address associated with Defendant.

27. On or about May 25, 2021, Defendant and Miller caused Victim Bank 1 to mail K.P.'s ReliaCard, loaded with approximately $3,639.00, to ***2 Huckleberry Lane, Flint, Michigan, which was an address associated with Defendant.

28. On or about June 9, 2021, Defendant and Miller caused Victim Bank 1 to mail M.T.'s ReliaCard, loaded with approximately $7,790.68, to ***2 Huckleberry Lane, Flint, Michigan, which was an address associated with Defendant.

29. On or about June 20, 2021, Defendant and Miller caused Victim Bank 1 to mail M.M.'s ReliaCard, loaded with approximately $8,664.23, to ***9 Brown Street, Flint, Michigan, which was an address associated with Defendant.

8

30. On or about August 6, 2021, Defendant and Miller caused Victim Bank 1 to mail J.R.'s ReliaCard, loaded with approximately $5,626.32, to ***6 E Pierson Rd, Flint, Michigan, which was an address associated with Defendant.

All in violation of Title 18, United States Code, Section 1349.

Counts 2-5
(Wire Fraud, 18 U.S.C. §§ 1343 and 2)

The Grand Jury further charges:

31. The factual allegations contained in paragraphs 1 through 30 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

32. On or about the following dates, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant DEANGELO BOWMAN, and others, having devised and intended to devise the foregoing scheme and artifice to defraud Victim Bank 1, and to obtain money and property from Victim Bank 1 by means of materially false and fraudulent pretenses, representations, and promises, for the purpose of executing the foregoing scheme and artifice to defraud, and attempting to do so, knowingly caused to be transmitted by means of wire communication in interstate commerce, writings, signs, signals, pictures, and sounds, to wit, the following interstate wire transmissions, each constituting a separate count of this Indictment:

| Count | On or About Date of Change of Mailing Address | Claimant | Originating Location | Server Location |
|-------|-----------------------------------------------|----------|---------------------|-----------------|
| 2 | May 25, 2021 | K.P. | Akron, OH | NJ |
| 3 | June 9, 2021 | M.T. | Akron, OH | NJ |
| 4 | June 20, 2021 | M.M. | Akron, OH | NJ |
| 5 | August 6, 2021 | J.R. | Akron, OH | NJ |

In violation of Title 18, United States Code, Sections 1343 and 2.

Counts 6-9
(Mail Fraud, 18 U.S.C. §§ 1341 and 2)

The Grand Jury further charges:

33.     The factual allegations contained in paragraphs 1 through 30 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

34.     On or about the following dates, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant DEANGELO BOWMAN, and others, having devised and intended to devise the foregoing scheme and artifice to defraud Victim Bank 1, to obtain money and property from Victim 1 by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing and attempting to execute the scheme and artifice to defraud: placed, and cause to be placed, in any depository for mail matter, any matter and thing to be sent and delivered by the U.S. Postal Service, and took and received from the U.S. Postal Service, any such matter and thing delivered by the U.S. Postal Service, including the following mailings, each representing a separate count of this Indictment:

| Count | On or About Date of Mailing | Description of Mailing | Sender Location | Recipient Location | Method | Sender |
|---|---|---|---|---|---|---|
| 6 | May 25, 2021 | Debit card in name of K.P. | Akron, OH | Flint, MI | USPS | Victim Bank 1 |
| 7 | June 9, 2021 | Debit card in name of M.T. | Akron, OH | Flint, MI | USPS | Victim Bank 1 |
| 8 | June 20, 2021 | Debit card in name of M.M. | Akron, OH | Flint, MI | USPS | Victim Bank 1 |
| 9 | August 6, 2021 | Debit card in name of J.R. | Akron, OH | Flint, MI | USPS | Victim Bank 1 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

10

COUNTS 10-13
(Aggravated Identity Theft, 18 U.S.C. §§ 1028A(a)(1) and 2)

The Grand Jury further charges:

35. The factual allegations contained in paragraphs 1 through 30 of the Indictment are re-alleged and incorporated by reference as if fully set forth herein.

36. On or about the following dates, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant DEANGELO BOWMAN, did aid and abet the transfer, possession, and use of a means of identification of another person, without lawful authority, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit: Wire Fraud, in violation of Title 18, United States Code, Section 1343, as charged in Counts 2 through 5 of this Indictment, and Mail Fraud, in violation of Title 18, United States Code, Section 1341, as charged in Counts 6 through 9 of this Indictment, knowing that the means of identification belonged to another actual person, each instance of transfer, possession, and use constituting a separate count of this Indictment:

| Count | On or About Date | Means of Identification | Predicate Felony |
|-------|------------------|-------------------------|------------------|
| 10 | May 25, 2021 | Debit card in name of K.P. ending in 1863 | Wire Fraud (Count 2) and Mail Fraud (Count 6) |
| 11 | June 9, 2021 | Debit card in name of M.T. ending in 0216 | Wire Fraud (Count 3) and Mail Fraud (Count 7) |
| 12 | June 20, 2021 | Debit card in name of M.M. ending in 5920 | Wire Fraud (Count 4) and Mail Fraud (Count 8) |
| 13 | August 6, 2021 | Debit card in name of J.R. ending in 3700 | Wire Fraud (Count 5) and Mail Fraud (Count 9 |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

11